# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**ROGER DALE LOWERY**                                                  **PLAINTIFF**

V.                       **CASE NO. 2:23-CV-2074**

**CORRECTIONS OFFICER NELSON and**
**OFFICER HARDWICK**                                   **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 6) filed in this case on July 25, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITHOUT PREJUDICE for failure to obey court orders and failure to prosecute**, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 14th day of August, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE